UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 17 – CV –

| | |
|---|---|
| KHALID ADBUR-RAHMAN <br>     Plaintiff, <br><br> V. <br><br> UNITED STATES POSTAL SERVICE, <br>     Defendant. | **PLAINTIFF'S COMPLAINT <br> & DEMAND FOR JURY TRIAL** |

Now comes the Plaintiff, KHALID ADBUR-RAHMAN, and hereby brings the following personal injury Complaint in the above-referenced matter which arises out of an accident between Plaintiff, KHALID ADBUR-RAHMAN, on his bicycle, and Defendant, UNITED STATES POSTAL SERVICE, in its official capacity, which occurred in Springfield, Massachusetts on June 21, 2016.

Plaintiff, KHALID ADBUR-RAHMAN, hereby requests a jury trial on this matter.

## PARTIES

1. Plaintiff, KHALID ADBUR-RAHMAN, resides at 39 Hall Street, 2nd Floor in Springfield, Massachusetts, 01108.

2. Defendant, UNITED STATES POSTAL SERVICE (hereinafter "USPS"), has operations at 393 Belmont Avenue, Springfield, Massachusetts, 01108 and 141 Weston Street, Hartford, Connecticut, 06101.

## JURISDICTION

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

1

## FACTUAL ALLEGATIONS

4. On June 21, 2016, Plaintiff, KHALID ADBUR-RAHMAN, was driving his bicycle in Springfield, Massachusetts.

5. Defendant, USPS, was driving a postal delivery truck in Springfield, Massachusetts.

## COUNT 1:    NEGLIGENCE (KHALID ADBUR-RAHMAN v. USPS)

6. Plaintiff, KHALID ADBUR-RAHMAN, was traveling north on Belmont Avenue, Springfield, Massachusetts, on his bicycle.

7. Defendant, USPS, attempted to make a left-hand turn onto Blake Hill Street in Springfield, Massachustts, whereby Defendant, USPS, cut-off and struck Plaintiff, KHALID ADBUR-RAHMAN, on his bicycle.

8. Defendant, USPS's, speed and action was not reasonable at the time Defendant, USPS, operated said motor vehicle.

9. Upon impacting Plaintiff, KHALID ADBUR-RAHMAN's, bicycle, Plaintiff was tossed into the street and sustained fractures to his wrists and scars about his body.

10. Plaintiff, KHALID ADBUR-RAHMAN, received treatment from the following providers:

    a.  AMR ambulance;

    b.  Baystate Medical Center Emergency Room;

    c.  Baystate Medical  Practices;

    d.  Radiology & Imaging, Inc.;

    e.  Doctors Express;

    f.  Steward Medical Group, Inc.;

    g.  Baystate Plastic Surgery;

    h.  Baystate MRI;

11. Plaintiff, KHALID ADBUR-RAHMAN, suffered periods of full disability and continues with partial disability.

12. As a result of his disability, Plaintiff, KHALID ADBUR-RAHMAN, lost his employment and suffered lost wages.

13. Defendant, USPS, failed to use reasonable care in operating said motor vehicle on June 21, 2016.

14. Defendant, USPS, owed Plaintiff, KHALID ADBUR-RAHMAN, a duty of care.

15. Defendant, USPS, breached said duty of care.

16. Plaintiff, KHALID ADBUR-RAHMAN, was damaged as a result of Defendant, USPS', conduct.

WHEREFORE, Plaintiff, KHALID ADBUR-RAHMAN, requests this honorable court enter judgement against Defendant, USPS, jointly on all counts of this complaint and:

1. Award compensatory damages with interest thereon;
2. Award interest and cost of this action to Plaintiff, KHALID ADBUR-RAHMAN;
3. Award attorney fees to Plaintiff, KHALID ADBUR-RAHMAN;
4. Award such other relief which this court deems just and equitable.

FOR THE PLAINTIFF,
KHALID ADBUR-RAHMAN
By his attorney,

/s/ David A. Keller, Esq.

David A. Keller, Esq.
20 Maple Street; Ste 402
Springfield, MA 01103
BBO #: 684183
Phone: (413) 372-4994
Fax:    (413) 363-9534
Email: david.keller.law@gmail.com

Dated: 10/23/17